AO 91 (Rev. 11/11) Criminal Complaint

E-FILED
Wednesday, 01 May, 2019 03:31:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAY 0 1 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JANE DOE, aka KEHILA SOTO-RIVERA, aka ODELIA GARCIA | ) ) ) ) ) | Case No. 19-mj-6054 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 14, 2014, December 8, 2017 in the county of McLean in the
Central District of Illinois, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1. 18 U.S.C. § 1546(b) | Fraud and misuse of visas, permits, and other documents |
| 2. 18 U.S.C. § 1542 | False Statements in a United States Passport Application |
| 3. 18 U.S.C. § 911 | False Claim to United States Citizenship |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

s/Trevor Waite

*Complainant's signature*

Trevor Waite, SA ICE
*Printed name and title*

Sworn to before me and signed in my presence.

s/Jonathan Hawley

Date: 05/01/2019

*Judge's signature*

City and state: Peoria, Illinois        Jonathan Hawley, United States Magistrae Judge
*Printed name and title*

# AFFIDAVIT

I, Trevor S. Waite, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Office of the Resident Agent in Charge (RAC) in Springfield, Illinois. I have been employed as a Special Agent since December of 2009. I have received training at the Federal Law Enforcement Training Center, in Glynco, Georgia. Prior to becoming a SA with ICE, I was a Police Officer with the New York State University Police, in Oswego, New York, from May of 2008 until joining ICE in December of 2009. In order to become a certified Police Officer in New York State I graduated from the Central New York Police Academy, in Syracuse, New York. Prior to becoming a Police Officer, I earned a Bachelor of Arts in History degree, with a Minor in Criminal Justice, from the State University of New York at Potsdam in December of 2007.

2. In my duties as a Special Agent with ICE, I am assigned to investigate activities which include the possession and use of fraudulent documents and illegal employment of unauthorized aliens.

3. This affidavit is made in support of a criminal complaint charging Jane Doe aka Kehila Soto-Rivera aka Odelia Garcia ("Jane Doe") with Fraud and misuse of visas, documents, and other permits, in violation of Title 18, United States

1

Code, Section 1546(b), False Statements in a United States Passport Application, in violation of Title 18 U.S.C. § 1542, and False Claim to United States Citizenship, in violation of Title 18 U.S.C. § 911. A warrant for the arrest of the defendant is requested.

4. This affidavit is based on my personal knowledge and observations, as well as information provided to me by other law enforcement agents and officers, including conversations with other law enforcement officers, and on my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

5. In July 2018, your affiant received information from the Diplomatic Security Service (DSS) Chicago regarding a potential Aggravated Identity Theft target residing in the RAC Springfield Area of Responsibility.

6. DSS indicated on March 14, 2014, Jane Doe an individual who is believed to be named Kehila Soto-Rivera, executed an application for a United States passport (#260951525) at the U.S. Post Office in Bloomington, Illinois. On the application, Jane Doe listed her name as Odelia Alice Garcia, utilizing date of birth July 12, 1985, and a Social Security number ending in 7517. The mailing address listed on the application was 1012 West Taylor St., Bloomington, IL 61701.

7. At the time of execution of the passport application, Jane Doe provided a Texas birth certificate bearing the name Odelia Alice Garcia, with date of birth of July 12, 1985, issued March 20, 1995, and a State of Illinois identification card (#6206-4185-798G), in the name of Odelia Alice Garcia, with date of birth of

2

July 12, 1985, issued on January 8, 2013, as evidence of her identity and United States citizenship. The application was received by the National Passport Center and both a passport book (#514420923) and a passport card (#C07994545) were issued on or about April 7, 2014.

8. Personnel at the National Passport Center determined through a post-issuance review that the name Odelia Alice Garcia was associated with an individual who had previously been arrested after using a fraudulently obtained United States passport in an attempt to enter the United States in 2015. Further, personnel also determined a second individual was using the same identity in the state of Texas. A review of photographic records of the Texas driver's license showed a photograph of an individual who was different than Jane Doe, whose photograph appears on the passport application. The case was referred to the DSS Chicago Field Office for investigation on or about March 22, 2018.

9. DSS indicated a review of the driver's license photographs available from both Illinois and Texas show two different individuals using the same identifiers on both licenses.

10. DSS conducted a commercial database search which resulted in the location of a phone number of Odelia Alice Garcia. Using the telephone number located in this search, a Facebook profile using the name Kehila Soto Rivera was located. The individual in the profile picture and throughout other pictures on the Facebook profile appears to be Jane Doe, the same individual in the 2014 passport application. Information on the Facebook profile shows that Jane Doe attended

3

school in Mexico, was born in Hidalgo, Mexico and lives in Bloomington, Illinois. In a Facebook post dated July 2, 2018, Jane Doe stated she was "proudly Mexican" and posted a photograph of herself wearing a hat with the flag of Mexico displayed on the front.

11. Using either the U.S. passport book or passport card, Jane Doe, claiming to be Garcia, traveled to and from the United States and Mexico during the months and years of November 2015, August 2016, September 2016, November 2016 and April 2018.

12. Your affiant contacted the Social Security Administration (SSA) with regards to whom the Social Security number ending 7517 is assigned to. On August 16, 2018, your affiant received a response from SSA indicating Social Security number ending 7517 is assigned to Odelia Garcia.

13. On October 18, 2018, RAC Lubbock, Texas HSI agents interviewed Garcia at Garcia's place of employment in Lubbock, Texas. Special Agent Tim Raymond asked Garcia if she knew anyone from Illinois. Garcia said she does not know anyone from Illinois and specifically has never heard of anyone named Soto-Rivera. Garcia stated she had only lived in Madera, California; Fresno, California; Amarillo, Texas; and Lubbock, Texas. Garcia stated that she has been a victim of identity theft since she was eighteen years old. Garcia stated knows this because she was once audited by the Internal Revenue Service (IRS). Garcia stated she pays her taxes every year and the IRS audited her for failing to report income earned utilizing her Social Security number, which Garcia provided to agents as the aforementioned

4

Social Security number ending 7517. After the IRS alerted her to the theft of her identity, Garcia went to the SSA and had to highlight several sources of income that she had nothing to do with. Garcia said that there was income from a book manufacturer, an adult novelties store, and other places she could not recall. Income was reported for her in several areas of the United States to include Pennsylvania and New Hampshire. Garcia stated that she does not have a United States Passport. Garcia stated the only identity documents that she has obtained are a California Driver's License, a Texas Driver's License, and a Texas Identification Card. Garcia stated that the IRS sends her a special number to file her taxes each year, as they are aware of the identity theft taking place. Garcia stated that she has suffered anguish over her identity being compromised and she is willing to fully cooperate with this investigation. Garcia stated she is willing to testify if she is needed.

14. On December 11, 2019, DSS agents stated they had received information indicating Jane Doe, utilizing Garcia's identity, may have been employed by the Bloomington School District.

15. On January 10, 2019, your affiant and United States Marshals Service (USMS) TFO Tom Rena met with Brian Evans, Director of Security for the Bloomington Public School District. Evans provided your affiant with a packet of information regarding the hiring and employment of an individual named "Odelia Garcia" by District 87. This packet included an application, Form I-9, copy of Illinois Driver's License G620-6418-5798, Illinois State Police response regarding submitted fingerprints for applicant, and other employment documentation.

16. Your affiant reviewed the provided application and found it revealed on or about December 8, 2017, Jane Doe, utilizing Garcia's identity, submitted an application for employment to District 87 for the position of Lunchroom Supervisor. Included within the application was a copy of an Illinois driver's license bearing the name Odelia A Garcia, but containing a picture of an individual who appeared to be Jane Doe. On the application Jane Doe provided her address as 1232 Theta Street, Bloomington, Illinois. Jane Doe listed previous work experience as a full time employee at "TJ Max Store", 2103 N Veterans Parkway, Suite 320, Bloomington, Illinois, from January 2014 to July 2017. Jane Doe listed Luisa M Estrada as her Supervisor/Reference contact for that employment. Jane Doe also listed previous experience as a nanny for Nereyda Gonzalez, 307 S Euclid, Bloomington, IL.

17. Your affiant conducted subsequent checks on the aforementioned Facebook page for Jane Doe/Kehila Soto Rivera and found Jane Doe/Kehila Soto Rivera is "Friends" with both Luisa M. Estrada and Nereida Gonzalez.

18. Your affiant reviewed the provided Form I-9. Section 1 of the form is the Employee Information and Attestation section and it specifies that this section is to be completed and signed by the employee "no later than the first day of employment, but not before accepting a job offer." The form appears to have been completed and signed in the name Odelia A Garcia on December 14, 2017.

The following information was completed on the form:

Name: Odelia A Garcia

Address: 1232 Theta St., Bloomington, IL 61701

Date of Birth: 07-12-1985

Social Security #: XXX-XX-7517

The following admonition appears below the aforementioned provided information:

"I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form."

The Form I-9 also states: "I attest under penalty of perjury, that I am (check one of the following boxes):" instructing the employee to select one (1) of four (4) possible choices. An "X" is marked next to the choice stating the employee is "1. A citizen of the United States".

On the second page of the Form I-9 the following documents are listed as having been presented to show eligibility to work in the United States:

List B, Document Title: DL, Issuing Authority: IL, Document Number: G620-6418-5798, Expiration Date (if any): 07/12/2021.

19. Your affiant observed the Illinois Drivers license provided to District 87 which showed a photo of Jane Doe and included the following information:

Name:    Odelia A Garcia

Address: 1232 Theta St, Bloomington, IL 61701

DLN: G620-6418-5798

DOB: 07/12/1985

Expires: 07/12/2021

20. Based on the foregoing, your affiant believes there is probable cause to believe Jane Doe, aka Kehila Soto-Rivera, aka Odelia Garcia violated Title 18, United States Code, Section 1546(b), Fraud and misuse of visas, documents, and other permits, Title 18 U.S.C. § 1542, False Statements in a United States Passport Application, and Title 18 U.S.C. § 911, False Claim to United States Citizenship and that these violations occurred in McLean County, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/Trevor Waite

Trevor S. Waite
Special Agent,
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn
before me this ___ day of May, 2019
s/Jonathan Hawley

HONORABLE JONATHAN E. HAWLEY
UNITED STATES MAGISTRATE JUDGE

8